UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Swanson & Youngdale, Inc., and the United States of America, for the use and benefit of Swanson & Youngdale, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Moltron Enterprises, Inc., and The Navigators Group, Inc., a/k/a Navigators Insurance Company, <br><br> Defendants. | Civil No: 05-542 (RHK/AJB) <br><br> **ORDER RETAINING JURISDICTION FOR AN ADDITIONAL THIRTY (30) DAYS** |

---

**IT IS HEREBY ORDERED**, that the Court retains jurisdiction for an additional thirty (30) days from the date of this Order.

Dated: July 8, 2005           s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge