UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Swanson & Youngdale, Inc., and the United States of America, for the use and benefit of Swanson & Youngdale, Inc., | Civil No. 05-542 (RHK/AJB) **ORDER** |
| Plaintiff, | |
| v. | |
| Moltron Enterprises, Inc., The Navigators Group, Inc., a/k/a Navigators Insurance Company, | |
| Defendants. | |

Plaintiff's Motion for Court to Re-Open the Action is referred to Magistrate Judge Arthur J. Boylan for a recommended disposition; Judge Boylan will advise the parties if he desires oral argument.

Dated: November 15, 2005

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge